**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---------|-------------------|

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Charles**<br>First name<br><br>_____<br>Middle name<br><br>**Norton**<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-2727 |  |

Debtor 1   **Charles Norton**                                    Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** Your Employer Identification Number (EIN), if any.

EIN _____                    EIN _____

**5.** Where you live

**157 Centre Street**
**Dover, MA 02030**
Number, Street, City, State & ZIP Code

**Norfolk**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.** Why you are choosing *this district* to file for bankruptcy

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

Debtor 1    **Charles Norton**                                             Case number *(if known)*

| Part 2: | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Charles Norton**                                                    Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property?

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Charles Norton**

Case number *(if known)*

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

- ☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ **I am not required to receive a briefing about credit counseling because of:**

  - ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  - ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- ☐ **I am not required to receive a briefing about credit counseling because of:**

  - ☐ **Incapacity.**
    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  - ☐ **Disability.**
    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - ☐ **Active duty.**
    I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    __Charles Norton__                                                 Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---------|----------------------------------------------|

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---------|-----------|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Charles Norton**
_____        _____
**Charles Norton**                                                          Signature of Debtor 2
Signature of Debtor 1

Executed on    __June 23, 2025__                               Executed on    _____
MM / DD / YYYY                                                          MM / DD / YYYY

Debtor 1    **Charles Norton**                                                        Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Herbert Weinberg**                                    Date    **June 23, 2025**
Signature of Attorney for Debtor                                    MM / DD / YYYY

**Herbert Weinberg 550415**
Printed name

**Rosenberg & Weinberg**
Firm name

**805 Turnpike Street**
**North Andover, MA 01845**
Number, Street, City, State & ZIP Code

Contact phone    **(978) 683-2479**                    Email address    **hweinberg@jrhwlaw.com**

**550415 MA**
Bar number & State

---

# United States Bankruptcy Court
### District of Massachusetts

In re **Charles Norton**                                        Case No.
                                              Debtor(s)    Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **June 23, 2025**                        **/s/ Charles Norton**
                                              **Charles Norton**
                                              Signature of Debtor

120 Mercantile Center, LLC
396 Washington Street, PMB 319
Wellesley, MA 02481

120 Mercantile LLC

120 Mercentile LLC

15 Wells LLC
Attn: Manager
Lundgren Equity Partners LLC
163 Washington Street
Auburn, MA 01501

2 Mercantile Associates LLC
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

333 Investment Partners, LLC
367 Chandler Street
Worcester, MA 01602

80 Optical LLC/Ellen Drive Properties
10 Cabot Drive LLC
2665 South Bayshore Drive
Suite 712
Miami, FL 33133

American Express
PO Box 981535
El Paso, TX 79998-1537

AO Realty Corp.
80 Fieldpoint Road
Greenwich, CT 06830

Apollo Funding
Attn: Benkovitch and Bonskila PLLE
1545 US 202
Suite 101
Pomona, NY 10970

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130

Capytal
Attn: Yeshaya Gorkin Esq.
PO Box 1005
New York, NY 10038

CBRE Valuation
2221 RoseCrans Ave
Suite 100
El Segundo, CA 90245

Chrisopher J. Palermo
8 Meadowbrook Circle
Shrewsbury, MA 01545

Christina Lauring Irrevocable Trust
c/o John Lauring, Lauring Construction Co
23 Brigham Road
Worcester, MA 01609

Christopher J Coghlin
10 Morningside Dr.
Shrewsbury, MA 01545

Christopher Lauring


Churchside, LLC
Phil Davis
100 Front Street
5th Floor
Worcester, MA 01608

Comp Merchant Capital
Attn: Berkovitch & Bouskila PLLC
1545 US 202
Suite 201
Pomona, NY 10970

Cornerstone Bank
176 Main Street
Spencer, MA 01562

Country Bank
315 Main Street
Worcester, MA 01608

CPP East, LLC
11921 Freedom Dr., St 860
Reston, VA 20190

Credit One Bank
6801 S. Cimarron Road
Las Vegas, NV 89113

Cycles 2003 Realty Trust/Lawrence Martin
77 Saint George Place
Palm Beach Gardens, FL 33418

Daniel Lauring
122 Timber Lane
Holden, MA 01520

David Fogel
1225 Franklin Ave, Suite 201
Garden City, NY 11530

Diana Lauring Irrevocable Trust
c/o John Lauring,Lauring Construction Co
23 Brigham Road
Worcester, MA 01609

DMC Lauring, LLC
Michael Lauring
23 Brigham Rd.
Worcester, MA 01609

Douglas Robinson/ DMKA,LLC
230 Park Ave
Suite 1847
New York, NY 10169

Downtown Worcester Business
Improvement District
44 Portland Street
Worcester, MA 01608

Erin Motameni
520 Cross St.
Boylston, MA 01505

Esfandiar Motameni
621 Madison Place
Southborough, MA 01772

Ferrari Financial Services
PO Box 510
Buffalo, NY 14231

Fitch Law Partners LLP
84 State Street
Boston, MA 02109

Frankdlin Realty Advisors


Frankdlin Realty Advisors LLC


Franklin Advisors Southbridge II, LLC
396 Washington Street, PMB 319
Wellesley, MA 02481

Franklin Advisors Southbridge, LLC
396 Washington Street, PMB 319
Wellesley, MA 02481

Franklin First LLC
396 Washington Street, PMB 319
Wellesley, MA 02481

Franklin Realty Advisors LLC
396 Washington Street, PMB 319
Wellesley, MA 02481

Franklin Realty Advisors LLC


Franklin Realty Advisors LLC


Franklin Realty Advisors LLC


Franklin Realty Worcester BusinessCenter
396 Washington Street, PMB 319
Wellesley, MA 02481

Franklin Southbridge Advisors III LLC
396 Washington Street, PMB 319
Wellesley, MA 02481

Franklin/Front, LLC
396 Washington Street, PMB 319
Wellesley, MA 02481

Front Street Associates LLC


Front Street Associates LLC


Front Street Associates LLC


Front Street Associates, LLC
396 Washington Street, PMB 319
Wellesley, MA 02481

Front Street Capital, LLC
396 Washington Street, PMB 319
Wellesley, MA 02481

Front Street Investors LLC
Fran Madigan
367 Chandler Street
Worcester, MA 01602

Front Street JV, LLC
396 Washington Street, PMB 319
Wellesley, MA 02481

Gary Creem
33 Clements Road
Newton, MA 02458

George and Sybil Fuller Foundation
Mark Fuller
81C Shrewsbury Street
PO Box 757
Boylston, MA 01505

Honest Funding
Attn: Steven Zakhong
10W 37th Street
Room 602
New York, NY 10018

Internal Revenue Service
PO Box 931000
Louisville, KY 40293-1000

James Lauring
39 Brottle Street
Worcester, MA 01602

James W. Coghlin, Jr.
1 Watkins Lane
Southborough, MA 01772

James W. Coghlin, Sr.
6 Alondwood Circle
Shrewsbury, MA 01545

Jennifer Lauring Irrevocable Trust
c/o John Lauring,Lauring Construction Co
23 Brigham Road
Worcester, MA 01609

JFS Investment Partners LLC
James Madigan
115 Fox Run
Sudbury, MA 01776

John Budd
3 Summerland Way
Worcester, MA 01608

John Lauring
15 Brighton Road
Worcester, MA 01609

John McKinley
141 Pleasant Street
Northborough, MA 01532

John Sheehan
155 Rhode Island Ave
Newport, RI 02840

John T. Szalan/ Purple Tree
Neubert, Pepe & Monteith P.C.
195 Church Street, 13th Floor
New Haven, CT 06510

Joyce A. Mucci 2009 Revocable Trust
Paul Mucci
9 Cedarwood Road
Woburn, MA 01801

Justin Maykel
10 Monmouth Rd
Worcester, MA 01609

Katherine Michie, HTM Exempt Trust
28 Pine Arden Drive
West Boylston, MA 01583

Lauring Charitable Foundation
c/o John Lauring
23 Brigham Road
Worcester, MA 01609

Lauring Construction Co. Inc.
23 Brigham Rd
Worcester, MA 01609

Lauring Enterprices, LLC
c/o John Lauring
23 Brigham Rd
Worcester, MA 01609

Legacy Real Estate Development LLC
1691 Michigan Ave, Suite 250
Miami Beach, FL 33139

Man Development
99 High Street
Boston, MA

Managed Realty Investments LLC
100 Front St, 10th Floor
Worcester, MA 01608

Mark R. Wetzel
84 Donahue Road
North Granby, CT 06060

Maryanne and David Seibold
78 Carter Road
Worcester, MA 01609

Mass Development
99 high street
Boston, MA

Maurice Conniffe
Vista Capital
80 Field Point Road
Greenwich, CT 06830

MDOR
P.O.Box 9564
Boston, MA 02114

Member First Mortgage
616 44th St Se
Grand Rapids, MI 49548

Member First Mortgage
616 44th St Se
Grand Rapids, MI 49548

Mercantile Capital Two LLC
Phil Davis/Tony Tilton/Fletcher Tilton
100 Front Street, 5th Floor
Worcester, MA 01608

Mercantile Capital, LLC
396 Washington Street, PMB 319
Wellesley, MA 02481

Mercantile Management Services Inc
396 Washington Street, PMB 319
Wellesley, MA 02481

Mercantile Ventures, LLC
396 Washington Street, PMB 319
Wellesley, MA 02481

Michael & Robin Pozez Exempt Trust
6336 N Oracle Road, 326-347
Tucson, AZ 85704

Michael Lauring
38 Aylesbury Road
Worcester, MA 01609

Michael Lauring Irrevocable Trust
c/o John Lauring,Lauring Construction Co
23 Brigham Road
Worcester, MA 01609

Michael P. Tsotsis
91 Britnal Dr
Rutland, MA 01543

Middlesex Savings Bank
120 Flanders Rd
Westborough, MA 01581

ML Factors
1245 Hewett Plaza
Hewlett, NY 11557

MMB LLC, c/o Susan Lauring
27 Holden Street
Worcester, MA 01605

Mohsin Amiji
101 Woodchester Drive
Weston, MA 02493

Nicholas Dube
Preti Flaherty Beliveau & Pachoas
60 State Street, Suite 1100
Boston, MA 02109

Patricia Castillo
2 Benjamin Place
Chestnut Hill, MA 02467

Porsche Financial Srvc
Attn: Bankruptcy
360 Interlocken Blvd, Ste. 200
Broomfield, CO 80021

Porsche Financial Srvc
Attn: Bankruptcy
360 Interlocken Blvd, Ste. 200
Broomfield, CO 80021

Porsche Financial Srvc
Attn: Bankruptcy
360 Interlocken Blvd, Ste. 200
Broomfield, CO 80021

Purple Tree
1266 E Main Street
Suite 700R
Stamford, CT 06902

Robert K. Dik
9 Otsego Road
Worcester, MA 01609

Rockland Trust
100 Front Street
Worcester, MA 01608

Savers Bank
270 Main St
PO Box 250
Southbridge, MA 01550

SBC Energy LLC


SBC Energy LLC


SBC Energy LLC


SBC Energy LLC


SBC Energy LLC


SBC Energy LLC


SBC Energy LLC


SBC Energy, LLC
396 Washington Street, PMB 319
Wellesley, MA 02481

SBC Gupta, LLC
71 Overlook Drive
Carlisle, MA 01741

Seibold Family, LLC
Maryanne/David Seibold
78 Carter Road
Worcester, MA 01609

Seven Hills Foundation, Inc.
Mike Matthews
81 Hope Ave
Worcester, MA 01603

Shaner Management, LP
1965 Waddle Rd.
State College, PA 16803

Sherburne B. Rockwell, III
57 Davis Street
Millbury, MA 01527

Smarter Merchant
PO Box 605
New York, NY 10038

Southbridge Advisors IX LLC
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

Southbridge Advisors V
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

Southbridge Advisors VI
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

Southbridge Advisors XI
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

Southbridge Associates II & X, LLC
396 Washington Street, PMB 319
Wellesley, MA 02481

Southbridge Associates II LLC

Southbridge Associates II LLC

Southbridge Associates II LLC

Southbridge Associates III, LLC
396 Washington Street, PMB 319
Wellesley, MA 02481

Southbridge Associates IV

Southbridge Associates IX

Southbridge Associates LLC

Southbridge Associates V

Southbridge Associates VI

Southbridge Associates VII

Southbridge Associates VIII


Southbridge Associates X


Southbridge Associates X, LLC
396 Washington Street, PMB 319
Wellesley, MA 02481

Southbridge Associates XI LLC
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

Southbridge Associates XII
396 Washington Street, PMB 319

Southbridge Associates, LLC
396 Washington Street, PMB 319
Wellesley, MA 02481

Southbridge Associates, LP
80 Fieldpoint Road
Greenwich, CT 06830

Southbridge Conference Investors, LLC
396 Washington Street, PMB 319
Wellesley, MA 02481

Southbridge Hotel Investors, LLC
396 Washingston Street, PMB 319
Wellesley, MA 02481

Southbridge Housing LLC
396 Washington Street, PMB 319
Wellesley, MA 02481

Southbridge Investments LLC
396 Washington Street, PMB 319
Wellesley, MA 02481

Southbridge Management Advisors LLC
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

Southbridge Management LLC
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

Southwest Associates
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

Southwest Associates
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

Southwest Associates
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

Southwest Associates
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

Southwest Associates
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

Southwest Associates
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

Southwest Associates
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

Southwest Associates
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

Southwest Associates
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

Southwest Associates
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

Southwest Associates
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

Southwest Associates
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

Southwest Associates
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

Southwest Associates
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

Southwest Associates
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

Southwest Associates
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

Southwest Associates
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

Southwest Associates
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

Southwest Associates
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

Southwest Associates
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

Southwest Associates LLC


Southwest Associates LLC


Southwest Associates, LLC
396 Washington Street, PMB 319
Wellesley, MA 02481

Southwest Management, LLC
396 Washington Street, PMB 319
Wellesley, MA 02481

Square Funding LLC
2433 Knapp Street
Suite 203A
Brooklyn, NY 11235

TD Retail Card/Jordans Furniture
Attn: Bankruptcy
Po Box 10014
Columbia, SC 29202

The Glen B. Umphrey Residuary Trust
Jane Umphrey
28 Old Brook Rd
Shrewsbury, MA 01545

Thomas Rafferty
9 Whitman Road
Worcester, MA 01609

Thoro
Attn: Berkovitch & Bouskila PLLC
1545 US 202 Suite 101
Pomona, NY 10970

Tony Tyan
10 Ashwood Circle
Shrewsbury, MA 01545

TVT Fund LLC
Attn: David Fogel
1225 Franklin Ave
Suite 201
Garden City, NY 11530

WBC Holding Company LLC
65 Allerton Street
Boston, MA 02110

WBC Investments LLC
65 Allerton Street
Boston, MA 02110

Websterfive
35 Millbury Street
Auburn, MA 01501

Wellesley Front, LLC
396 Washington Street, PMB 319
Wellesley, MA 02481

William and Karen Jalkut
75 Nick Trail
Mashpee, MA 02649

William D. Kelleher Jr
11 Summerland Way
Worcester, MA 01609

William Morrissey/ Cornerstone Bank
Mirick
1800 West Park Dr
Westborough, MA 01581

Woodbury and Company, Inc
67 Millbrook Street
Suite 409
Worcester, MA 01606

Woodbury Millbrook LLC
67 Millbrook Street
Suite 409
Worcester, MA 01606

```
Woodbury/Franklin LLC
396 Washingston Street, PMB 319
Wellesley Hills, MA 02481

Worcester Business Center LLC


Worcester Business Center LLC


Worcester Business Center LLC


Worcester Business Center, LLC
396 Washington Street, PMB 319
Wellesley, MA 02481

Worcester/Franklin LLC
396 Washington Street, PMB 319
Wellesley, MA 02481

X-Caliber
3 W Main Street
Irvington, NY 10533
```