# OFFICIAL FORM 7

## United States Bankruptcy Court
### District of Massachusetts

In re   **Charles Norton**_____   Case No. _____
                                        Debtor(s)                                    Chapter    7

## DECLARATION RE: ELECTRONIC FILING

### PART I- DECLARATION OF PETITIONER

I [We] ____Charles Norton____, ***hereby declare(s) under penalty of perjury*** that all of the information contained in my _____ (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:   June 19, 2025                    Signed: ___*[signature]*_____
                                                          Charles Norton
                                                          (Affiant)

### PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this *DECLARATION*, and I have followed all other electronic filing requirements currently established by local rule and standing order. This *DECLARATION* is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:   June 19, 2025          Signed: ___*[signature]*_____
                                                Herbert Weinberg 550415
                                                Rosenberg & Weinberg
                                                805 Turnpike Street
                                                North Andover, MA 01845
                                                (978) 683-2479
                                                hweinberg@jrhwlaw.com
                                                Attorney for Affiant