United States Bankruptcy Court

District of Massachusetts

In re:  Case No. 25-11271-jeb

Charles Norton  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-1      User: admin      Page 1 of 5
Date Rcvd: Jun 24, 2025      Form ID: 309A      Total Noticed: 141

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles Norton, 157 Centre Street, Dover, MA 02030-2453 |
| aty | + | Herbert Weinberg, Rosenberg & Weinberg,, 805 Turnpike St., Suite. 201, North Andover, MA 01845-6122 |
| 21002258 | + | 120 Mercantile Center, LLC, 396 Washington Street, PMB 319, Wellesley, MA 02481-6209 |
| 21002261 | + | 15 Wells LLC, Attn: Manager, Lundgren Equity Partners LLC, 163 Washington Street, Auburn, MA 01501-3013 |
| 21002262 | + | 2 Mercantile Associates LLC, 396 Washington Street, PMB 319, Wellesley Hills, MA 02481-6209 |
| 21002263 | + | 333 Investment Partners, LLC, 367 Chandler Street, Worcester, MA 01602-3325 |
| 21002264 | + | 80 Optical LLC/Ellen Drive Properties, 10 Cabot Drive LLC, 2665 South Bayshore Drive, Suite 712, Miami, FL 33133-5406 |
| 21002266 | + | AO Realty Corp., 80 Fieldpoint Road, Greenwich, CT 06830-6416 |
| 21002267 | + | Apollo Funding, Attn: Benkovitch and Bonskila PLLE, 1545 US 202, Suite 101, Pomona, NY 10970-2951 |
| 21002270 | + | CBRE Valuation, 2221 RoseCrans Ave, Suite 100, El Segundo, CA 90245-4950 |
| 21002279 | + | CPP East, LLC, 11921 Freedom Dr., St 860, Reston, VA 20190-5634 |
| 21002269 | | Capytal, Attn: Yeshaya Gorkin Esq., PO Box 1005, New York, NY 10038 |
| 21002271 | + | Chrisopher J. Palermo, 8 Meadowbrook Circle, Shrewsbury, MA 01545-5035 |
| 21002272 | + | Christina Lauring Irrevocable Trust, c/o John Lauring,Lauring Construction Co, 23 Brigham Road, Worcester, MA 01609-1005 |
| 21002273 | + | Christopher J Coghlin, 10 Morningside Dr., Shrewsbury, MA 01545-1688 |
| 21002275 | + | Churchside, LLC, Phil Davis, 100 Front Street, 5th Floor, Worcester, MA 01608-1425 |
| 21002276 | + | Comp Merchant Capital, Attn: Berkovitch & Bouskila PLLC, 1545 US 202, Suite 201, Pomona, NY 10970-2951 |
| 21002277 | + | Cornerstone Bank, 176 Main Street, Spencer, MA 01562-2179 |
| 21002278 | + | Country Bank, 315 Main Street, Worcester, MA 01608-1511 |
| 21002281 | + | Cycles 2003 Realty Trust/Lawrence Martin, 77 Saint George Place, Palm Beach Gardens, FL 33418-4024 |
| 21002285 | + | DMC Lauring, LLC, Michael Lauring, 23 Brigham Rd., Worcester, MA 01609-1005 |
| 21002282 | + | Daniel Lauring, 122 Timber Lane, Holden, MA 01520-1945 |
| 21002284 | + | Diana Lauring Irrevocable Trust, c/o John Lauring,Lauring Construction Co, 23 Brigham Road, Worcester, MA 01609-1005 |
| 21002286 | + | Douglas Robinson/ DMKA,LLC, 230 Park Ave, Suite 1847, New York, NY 10169-0005 |
| 21002287 | + | Downtown Worcester Business, Improvement District, 44 Portland Street, Worcester, MA 01608-2023 |
| 21002288 | + | Erin Motameni, 520 Cross St., Boylston, MA 01505-1419 |
| 21002289 | + | Esfandiar Motameni, 621 Madison Place, Southborough, MA 01772-2099 |
| 21002290 | + | Ferrari Financial Services, PO Box 510, Buffalo, NY 14231-0510 |
| 21002291 | + | Fitch Law Partners LLP, 84 State Street, Boston, MA 02109-2214 |
| 21002294 | + | Franklin Advisors Southbridge II, LLC, 396 Washington Street, PMB 319, Wellesley, MA 02481-6209 |
| 21002295 | + | Franklin Advisors Southbridge, LLC, 396 Washington Street, PMB 319, Wellesley, MA 02481-6209 |
| 21002296 | + | Franklin First LLC, 396 Washington Street, PMB 319, Wellesley, MA 02481-6209 |
| 21002297 | + | Franklin Realty Advisors LLC, 396 Washington Street, PMB 319, Wellesley, MA 02481-6209 |
| 21002301 | + | Franklin Realty Worcester BusinessCenter, 396 Washington Street, PMB 319, Wellesley, MA 02481-6209 |
| 21002302 | + | Franklin Southbridge Advisors III LLC, 396 Washington Street, PMB 319, Wellesley, MA 02481-6209 |
| 21002303 | + | Franklin/Front, LLC, 396 Washington Street, PMB 319, Wellesley, MA 02481-6209 |
| 21002307 | + | Front Street Associates, LLC, 396 Washington Street, PMB 319, Wellesley, MA 02481-6209 |
| 21002308 | + | Front Street Capital, LLC, 396 Washington Street, PMB 319, Wellesley, MA 02481-6209 |
| 21002309 | + | Front Street Investors LLC, Fran Madigan, 367 Chandler Street, Worcester, MA 01602-3325 |
| 21002310 | + | Front Street JV, LLC, 396 Washington Street, PMB 319, Wellesley, MA 02481-6209 |
| 21002311 | + | Gary Creem, 33 Clements Road, Newton, MA 02458-2617 |
| 21002312 | + | George and Sybil Fuller Foundation, Mark Fuller, 81C Shrewsbury Street, PO Box 757, Boylston, MA 01505-0757 |

Case 25-11271    Doc 13    Filed 06/26/25    Entered 06/27/25 00:33:35    Desc Imaged
Certificate of Notice    Page 2 of 7

| District/off: 0101-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jun 24, 2025 | Form ID: 309A | Total Noticed: 141 |

| | | |
|---|---|---|
| 21002313 | + | Honest Funding, Attn: Steven Zakhong, 10W 37th Street, Room 602, New York, NY 10018-7473 |
| 21002319 | + | JFS Investment Partners LLC, James Madigan, 115 Fox Run, Sudbury, MA 01776-2769 |
| 21002315 | + | James Lauring, 39 Brottle Street, Worcester, MA 01606-2510 |
| 21002316 | + | James W. Coghlin, Jr., 1 Watkins Lane, Southborough, MA 01772-2072 |
| 21002317 | + | James W. Coghlin, Sr., 6 Alondwood Circle, Shrewsbury, MA 01545-5033 |
| 21002318 | + | Jennifer Lauring Irrevocable Trust, c/o John Lauring,Lauring Construction Co, 23 Brigham Road, Worcester, MA 01609-1005 |
| 21002320 | + | John Budd, 3 Summerland Way, Worcester, MA 01609-1194 |
| 21002321 | + | John Lauring, 15 Brighton Road, Worcester, MA 01606 |
| 21002322 | + | John McKinley, 141 Pleasant Street, Northborough, MA 01532-1735 |
| 21002323 | + | John Sheehan, 155 Rhode Island Ave, Newport, RI 02840-3323 |
| 21002324 | + | John T. Szalan/ Purple Tree, Neubert, Pepe & Monteith P.C., 195 Church Street, 13th Floor, New Haven, CT 06510-2009 |
| 21002325 | + | Joyce A. Mucci 2009 Revocable Trust, Paul Mucci, 9 Cedarwood Road, Woburn, MA 01801-1220 |
| 21002326 | + | Justin Maykel, 10 Monmouth Rd, Worcester, MA 01609-1206 |
| 21002327 | + | Katherine Michie, HTM Exempt Trust, 28 Pine Arden Drive, West Boylston, MA 01583-1036 |
| 21002328 | + | Lauring Charitable Foundation, c/o John Lauring, 23 Brigham Road, Worcester, MA 01609-1005 |
| 21002329 | + | Lauring Construction Co. Inc., 23 Brigham Rd, Worcester, MA 01609-1099 |
| 21002330 | + | Lauring Enterprices, LLC, c/o John Lauring, 23 Brigham Rd, Worcester, MA 01609-1005 |
| 21002331 | + | Legacy Real Estate Development LLC, 1691 Michigan Ave, Suite 250, Miami Beach, FL 33139-2561 |
| 21002350 | + | ML Factors, 1245 Hewett Plaza, Hewlett, NY 11557-4000 |
| 21002351 | + | MMB LLC, c/o Susan Lauring, 27 Holden Street, Worcester, MA 01605-3126 |
| 21002332 | + | Man Development, 99 High Street, Boston, MA 02110-2320 |
| 21002333 | + | Managed Realty Investments LLC, 100 Front St, 10th Floor, Worcester, MA 01608-1425 |
| 21002334 | + | Mark R. Wetzel, 84 Donahue Road, North Granby, CT 06060-1402 |
| 21002335 | #+ | Maryanne and David Seibold, 78 Carter Road, Worcester, MA 01609-1038 |
| 21002336 | + | Mass Development, 99 high street, Boston, MA 02110-2303 |
| 21002337 | + | Maurice Conniffe, Vista Capital, 80 Field Point Road, Greenwich, CT 06830-6416 |
| 21002341 | + | Mercantile Capital Two LLC, Phil Davis/Tony Tilton/Fletcher Tilton, 100 Front Street, 5th Floor, Worcester, MA 01608-1425 |
| 21002342 | + | Mercantile Capital, LLC, 396 Washington Street, PMB 319, Wellesley, MA 02481-6209 |
| 21002343 | + | Mercantile Management Services Inc, 396 Washington Street, PMB 319, Wellesley, MA 02481-6209 |
| 21002344 | + | Mercantile Ventures, LLC, 396 Washington Street, PMB 319, Wellesley, MA 02481-6209 |
| 21002345 | + | Michael & Robin Pozez Exempt Trust, 6336 N Oracle Road, 326-347, Tucson, AZ 85704-5480 |
| 21002346 | + | Michael Lauring, 38 Aylesbury Road, Worcester, MA 01609-1216 |
| 21002347 | + | Michael Lauring Irrevocable Trust, c/o John Lauring,Lauring Construction Co, 23 Brigham Road, Worcester, MA 01609-1005 |
| 21002349 | + | Middlesex Savings Bank, 120 Flanders Rd, Westborough, MA 01581-1035 |
| 21002352 | + | Mohsin Amiji, 101 Woodchester Drive, Weston, MA 02493-1438 |
| 21002353 | + | Nicholas Dube, Preti Flaherty Beliveau & Pachoas, 60 State Street, Suite 1100, Boston, MA 02109-1835 |
| 21002354 | #+ | Patricia Castillo, 2 Benjamin Place, Chestnut Hill, MA 02467-2723 |
| 21002355 | + | Porsche Financial Srvc, Attn: Bankruptcy, 360 Interlocken Blvd, Ste. 200, Broomfield, CO 80021-3440 |
| 21002358 | + | Purple Tree, 1266 E Main Street, Suite 700R, Stamford, CT 06902-3507 |
| 21002359 | + | Robert K. Dik, 9 Otsego Road, Worcester, MA 01609-1718 |
| 21002360 | + | Rockland Trust, 100 Front Street, Worcester, MA 01608-1425 |
| 21002369 | + | SBC Energy, LLC, 396 Washington Street, PMB 319, Wellesley, MA 02481-6209 |
| 21002370 | + | SBC Gupta, LLC, 71 Overlook Drive, Carlisle, MA 01741-1247 |
| 21002361 | + | Savers Bank, 270 Main St, PO Box 250, Southbridge, MA 01550-0250 |
| 21002371 | #+ | Seibold Family, LLC, Maryanne/David Seibold, 78 Carter Road, Worcester, MA 01609-1038 |
| 21002372 | + | Seven Hills Foundation, Inc., Mike Matthews, 81 Hope Ave, Worcester, MA 01603-2212 |
| 21002373 | + | Shaner Management, LP, 1965 Waddle Rd., State College, PA 16803-1639 |
| 21002374 | + | Sherburne B. Rockwell, III, 57 Davis Street, Millbury, MA 01527-1012 |
| 21002375 | | Smarter Merchant, PO Box 605, New York, NY 10038 |
| 21002376 | + | Southbridge Advisors IX LLC, 396 Washington Street, PMB 319, Wellesley Hills, MA 02481-6209 |
| 21002377 | + | Southbridge Advisors V, 396 Washington Street, PMB 319, Wellesley Hills, MA 02481-6209 |
| 21002378 | + | Southbridge Advisors VI, 396 Washington Street, PMB 319, Wellesley Hills, MA 02481-6209 |
| 21002379 | + | Southbridge Advisors XI, 396 Washington Street, PMB 319, Wellesley Hills, MA 02481-6209 |
| 21002380 | + | Southbridge Associates II & X, LLC, 396 Washington Street, PMB 319, Wellesley, MA 02481-6209 |
| 21002384 | + | Southbridge Associates III, LLC, 396 Washington Street, PMB 319, Wellesley, MA 02481-6209 |
| 21002393 | + | Southbridge Associates X, LLC, 396 Washington Street, PMB 319, Wellesley, MA 02481-6209 |
| 21002394 | + | Southbridge Associates XI LLC, 396 Washington Street, PMB 319, Wellesley Hills, MA 02481-6209 |
| 21002396 | + | Southbridge Associates, LLC, 396 Washington Street, PMB 319, Wellesley, MA 02481-6209 |
| 21002397 | + | Southbridge Associates, LP, 80 Fieldpoint Road, Greenwich, CT 06830-6416 |
| 21002398 | + | Southbridge Conference Investors, LLC, 396 Washington Street, PMB 319, Wellesley, MA 02481-6209 |
| 21002399 | + | Southbridge Hotel Investors, LLC, 396 Washingston Street, PMB 319, Wellesley, MA 02481-6209 |
| 21002400 | + | Southbridge Housing LLC, 396 Washington Street, PMB 319, Wellesley, MA 02481-6209 |
| 21002401 | + | Southbridge Investments LLC, 396 Washington Street, PMB 319, Wellesley, MA 02481-6209 |

Case 25-11271    Doc 13    Filed 06/26/25    Entered 06/27/25 00:33:35    Desc Imaged
Certificate of Notice    Page 3 of 7

| District/off: 0101-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jun 24, 2025 | Form ID: 309A | Total Noticed: 141 |

| | | |
|---|---|---|
| 21002402 | + | Southbridge Management Advisors LLC, 396 Washington Street, PMB 319, Wellesley Hills, MA 02481-6209 |
| 21002403 | + | Southbridge Management LLC, 396 Washington Street, PMB 319, Wellesley Hills, MA 02481-6209 |
| 21002404 | + | Southwest Associates, 396 Washington Street, PMB 319, Wellesley Hills, MA 02481-6209 |
| 21002426 | + | Southwest Associates, LLC, 396 Washington Street, PMB 319, Wellesley, MA 02481-6209 |
| 21002427 | + | Southwest Management, LLC, 396 Washington Street, PMB 319, Wellesley, MA 02481-6209 |
| 21002428 | + | Square Funding LLC, 2433 Knapp Street, Suite 203A, Brooklyn, NY 11235-1005 |
| 21002429 | + | TD Retail Card/Jordans Furniture, Attn: Bankruptcy, Po Box 10014, Columbia, SC 29207-0014 |
| 21002434 | + | TVT Fund LLC, Attn: David Fogel, 1225 Franklin Ave, Suite 201, Garden City, NY 11530-1890 |
| 21002430 | + | The Glen B. Umphrey Residuary Trust, Jane Umphrey, 28 Old Brook Rd, Shrewsbury, MA 01545-5409 |
| 21002431 | + | Thomas Rafferty, 9 Whitman Road, Worcester, MA 01609-1727 |
| 21002432 | + | Thoro, Attn: Berkovitch & Bouskila PLLC, 1545 US 202 Suite 101, Pomona, NY 10970-2951 |
| 21002433 | + | Tony Tyan, 10 Ashwood Circle, Shrewsbury, MA 01545-1576 |
| 21002435 | + | WBC Holding Company LLC, 65 Allerton Street, Boston, MA 02119-2901 |
| 21002436 | + | WBC Investments LLC, 65 Allerton Street, Boston, MA 02119-2901 |
| 21002438 | + | Wellesley Front, LLC, 396 Washington Street, PMB 319, Wellesley, MA 02481-6209 |
| 21002440 | + | William D. Kelleher Jr, 11 Summerland Way, Worcester, MA 01609-1194 |
| 21002441 | + | William Morrissey/ Cornerstone Bank, Mirick, 1800 West Park Dr, Westborough, MA 01581-3960 |
| 21002439 | + | William and Karen Jalkut, 75 Nick Trail, Mashpee, MA 02649-4271 |
| 21002443 | + | Woodbury Millbrook LLC, 67 Millbrook Street, Suite 409, Worcester, MA 01606-2845 |
| 21002442 | + | Woodbury and Company, Inc, 67 Millbrook Street, Suite 409, Worcester, MA 01606-2845 |
| 21002444 | + | Woodbury/Franklin LLC, 396 Washingston Street, PMB 319, Wellesley Hills, MA 02481-6209 |
| 21002448 | + | Worcester Business Center, LLC, 396 Washington Street, PMB 319, Wellesley, MA 02481-6209 |
| 21002449 | + | Worcester/Franklin LLC, 396 Washington Street, PMB 319, Wellesley, MA 02481-6209 |
| 21002450 | + | X-Caliber, 3 W Main Street, Irvington, NY 10533-3503 |

TOTAL: 129

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + Email/Text: gwc@cruickshank-law.com | Jun 24 2025 22:23:00 | Gary W. Cruickshank, Gary W. Cruickshank, Trustee, 101 Federal Street, Suite 1900, Boston, MA 02110-1861 |
| smg | + Email/Text: EOL-EMT-EBN@mass.gov | Jun 24 2025 22:23:00 | CHIEF COUNSEL, LEGAL DEPARTMENT, DEPARTMENT OF UNEMPLOYMENT ASSISTANCE, COMMONWEALTH OF MASSACHUSETTS, 19 STANIFORD STREET,1ST FLOOR, BOSTON, MA 02114-2502 |
| smg | EDI: MASSDOR | Jun 25 2025 02:20:00 | MASS DEPT OF REVENUE, BANKRUPTCY UNIT, PO BOX 9564, BOSTON, MA 02114-9564 |
| ust | + Email/Text: ustpregion01.bo.ecf@usdoj.gov | Jun 24 2025 22:23:00 | Richard King - B, Office of the US Trustee, J.W. McCormack Post Office & Courthouse, 5 Post Office Sq., 10th Fl, Suite 1000, Boston, MA 02109-3934 |
| 21002265 | + Email/PDF: bncnotices@becket-lee.com | Jun 24 2025 22:33:04 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 21002268 | + EDI: CAPITALONE.COM | Jun 25 2025 02:20:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 21002280 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 24 2025 22:33:07 | Credit One Bank, 6801 S. Cimarron Road, Las Vegas, NV 89113-2273 |
| 21002283 | + Email/Text: bk@dfogelpc.com | Jun 24 2025 22:23:00 | David Fogel, 1225 Franklin Ave, Suite 201, Garden City, NY 11530-1890 |
| 21002314 | + EDI: IRS.COM | Jun 25 2025 02:20:00 | Internal Revenue Service, PO Box 931000, Louisville, KY 40293-1000 |
| 21002338 | + EDI: MASSDOR | Jun 25 2025 02:20:00 | MDOR, P.O.Box 9564, Boston, MA 02114-9564 |
| 21002339 | + Email/Text: bankruptcy@memberfirstmortgage.com | Jun 24 2025 22:23:00 | Member First Mortgage, 616 44th St Se, Grand Rapids, MI 49548-7576 |
| 21002437 | + Email/Text: Jstone@Web5.com | | |

| District/off: 0101-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jun 24, 2025 | Form ID: 309A | Total Noticed: 141 |

|  |  | Jun 24 2025 22:22:00 | Websterfive, 35 Millbury Street, Auburn, MA 01501-3203 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 21002259 |  | 120 Mercantile LLC |
| 21002260 |  | 120 Mercentile LLC |
| 21002274 |  | Christopher Lauring |
| 21002292 |  | Frankdlin Realty Advisors |
| 21002293 |  | Frankdlin Realty Advisors LLC |
| 21002298 |  | Franklin Realty Advisors LLC |
| 21002299 |  | Franklin Realty Advisors LLC |
| 21002300 |  | Franklin Realty Advisors LLC |
| 21002304 |  | Front Street Associates LLC |
| 21002305 |  | Front Street Associates LLC |
| 21002306 |  | Front Street Associates LLC |
| 21002362 |  | SBC Energy LLC |
| 21002363 |  | SBC Energy LLC |
| 21002364 |  | SBC Energy LLC |
| 21002365 |  | SBC Energy LLC |
| 21002366 |  | SBC Energy LLC |
| 21002367 |  | SBC Energy LLC |
| 21002368 |  | SBC Energy LLC |
| 21002381 |  | Southbridge Associates II LLC |
| 21002382 |  | Southbridge Associates II LLC |
| 21002383 |  | Southbridge Associates II LLC |
| 21002385 |  | Southbridge Associates IV |
| 21002386 |  | Southbridge Associates IX |
| 21002387 |  | Southbridge Associates LLC |
| 21002388 |  | Southbridge Associates V |
| 21002389 |  | Southbridge Associates VI |
| 21002390 |  | Southbridge Associates VII |
| 21002391 |  | Southbridge Associates VIII |
| 21002392 |  | Southbridge Associates X |
| 21002395 |  | Southbridge Associates XII, 396 Washington Street, PMB 319 |
| 21002424 |  | Southwest Associates LLC |
| 21002425 |  | Southwest Associates LLC |
| 21002445 |  | Worcester Business Center LLC |
| 21002446 |  | Worcester Business Center LLC |
| 21002447 |  | Worcester Business Center LLC |
| 21002340 | *+ | Member First Mortgage, 616 44th St Se, Grand Rapids, MI 49548-7576 |
| 21002356 | *+ | Porsche Financial Srvc, Attn: Bankruptcy, 360 Interlocken Blvd, Ste. 200, Broomfield, CO 80021-3440 |
| 21002357 | *+ | Porsche Financial Srvc, Attn: Bankruptcy, 360 Interlocken Blvd, Ste. 200, Broomfield, CO 80021-3440 |
| 21002405 | *+ | Southwest Associates, 396 Washington Street, PMB 319, Wellesley Hills, MA 02481-6209 |
| 21002406 | *+ | Southwest Associates, 396 Washington Street, PMB 319, Wellesley Hills, MA 02481-6209 |
| 21002407 | *+ | Southwest Associates, 396 Washington Street, PMB 319, Wellesley Hills, MA 02481-6209 |
| 21002408 | *+ | Southwest Associates, 396 Washington Street, PMB 319, Wellesley Hills, MA 02481-6209 |
| 21002409 | *+ | Southwest Associates, 396 Washington Street, PMB 319, Wellesley Hills, MA 02481-6209 |
| 21002410 | *+ | Southwest Associates, 396 Washington Street, PMB 319, Wellesley Hills, MA 02481-6209 |
| 21002411 | *+ | Southwest Associates, 396 Washington Street, PMB 319, Wellesley Hills, MA 02481-6209 |
| 21002412 | *+ | Southwest Associates, 396 Washington Street, PMB 319, Wellesley Hills, MA 02481-6209 |
| 21002413 | *+ | Southwest Associates, 396 Washington Street, PMB 319, Wellesley Hills, MA 02481-6209 |
| 21002414 | *+ | Southwest Associates, 396 Washington Street, PMB 319, Wellesley Hills, MA 02481-6209 |
| 21002415 | *+ | Southwest Associates, 396 Washington Street, PMB 319, Wellesley Hills, MA 02481-6209 |
| 21002416 | *+ | Southwest Associates, 396 Washington Street, PMB 319, Wellesley Hills, MA 02481-6209 |
| 21002417 | *+ | Southwest Associates, 396 Washington Street, PMB 319, Wellesley Hills, MA 02481-6209 |
| 21002418 | *+ | Southwest Associates, 396 Washington Street, PMB 319, Wellesley Hills, MA 02481-6209 |
| 21002419 | *+ | Southwest Associates, 396 Washington Street, PMB 319, Wellesley Hills, MA 02481-6209 |

| District/off: 0101-1 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jun 24, 2025 | Form ID: 309A | Total Noticed: 141 |

| | | |
|---|---|---|
| 21002420 | *+ | Southwest Associates, 396 Washington Street, PMB 319, Wellesley Hills, MA 02481-6209 |
| 21002421 | *+ | Southwest Associates, 396 Washington Street, PMB 319, Wellesley Hills, MA 02481-6209 |
| 21002422 | *+ | Southwest Associates, 396 Washington Street, PMB 319, Wellesley Hills, MA 02481-6209 |
| 21002423 | *+ | Southwest Associates, 396 Washington Street, PMB 319, Wellesley Hills, MA 02481-6209 |
| 21002348 | ##+ | Michael P. Tsotsis, 91 Britnal Dr, Rutland, MA 01543-1608 |

TOTAL: 35 Undeliverable, 22 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2025        Signature:    /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Charles Norton <br> First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–2727 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of Massachusetts | Date case filed for chapter: | 7    6/23/25 |
| Case number: | 25–11271 | | |

Official Form 309A (For Individuals or Joint Debtors)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Charles Norton | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 157 Centre Street <br> Dover, MA 02030 | |
| 4. | **Debtor's attorney** <br> Name and address | Herbert Weinberg <br> Rosenberg & Weinberg, <br> 805 Turnpike St., Suite. 201 <br> North Andover, MA 01845 | Contact phone (978) 683–2479 <br><br> Email: hweinberg@jrhwlaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Gary W. Cruickshank <br> Gary W. Cruickshank, Trustee <br> 101 Federal Street <br> Suite 1900 <br> Boston, MA 02110 | Contact phone 617–330–1960 <br><br> Email: gwc@cruickshank–law.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U. S. Bankruptcy Court <br> J.W. McCormack Post Office & Court House <br> 5 Post Office Square, Suite 1150 <br> Boston, MA 02109–3945 <br><br> https://www.mab.uscourts.gov | Hours open: <br> Monday–Friday 8:30am–5:00pm <br><br> Contact phone 617–748–5300 <br><br> Date: 6/24/25 |
| **7. Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 31, 2025 at 10:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br> **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID: 871 977 3539, and Passcode: 1455689940, OR call 1–781–757–3254** <br><br> **For additional meeting information go to https://www.justice.gov/ust/moc** |
| **8. Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **To object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/29/25** |
| | **To object to exemptions:** | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | **To file § 503(b)(9) requests:** | **Filing deadline:** 60 days after the *first date set* for the meeting of creditors |
| | **For Debtor to take Financial Management Training:** | **Filing deadline:** 60 days from the first date set for the meeting of creditors |
| **10. Proof of claim** | For all other creditors, no property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |