UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (Boston)

In re:   Charles Norton )
                        )        Chapter 7
                Debtor  )        Bk. No. 25-11271B
                        )

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Bodie B. Colwell and Preti Flaherty Beliveau & Pachios, PLLP hereby appear for LAURING ENTERPRISES, LLC and DMC LAURING, LLC and request that all notices given or required to be given in the above case and all pleadings and other papers served in the case be given to, and served upon, the undersigned at their offices pursuant to the Bankruptcy Code, Bankruptcy Rules and the Local Bankruptcy Rules.

PLEASE TAKE FURTHER NOTICE that pursuant to the Bankruptcy Code, Bankruptcy Rules and the Local Bankruptcy Rules, the foregoing demand includes all orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, facsimile, electronic mail or otherwise which affects the Debtor(s) or the property of the Debtor(s).

PLEASE TAKE FURTHER NOTICE that the undersigned also requests copies of all financial information, reports and statements filed by the Debtor(s) with the office of the United States Trustee.

Respectfully submitted,

LAURING ENTERPRISES, LLC and
DMC LAURING, LLC

By their Attorneys,

PRETI FLAHERTY BELIVEAU
 & PACHIOS LLP

Date: June 30, 2025           By: */s/ Bodie B. Colwell*
                                  Bodie B. Colwell, Esq.
                                  One City Center
                                  P.O. Box 9546
                                  Portland, ME 04112-9546
                                  (207) 791-3000
                                  *bcolwell@preti.com*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June 2025, the within Notice was served on all parties listed for receiving service via ECF.

/s/ Bodie B. Colwell
Bodie B. Colwell, Esq.