UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br>CHARLES NORTON<br>Debtor | Chapter 7<br>Case No. 25-11271 |

## MOTION TO EXTEND TIME

Charles Norton (the "Debtor") respectfully requests that this Court enter an order extending the time to file his documents re: [6] Order to Update to July 18, 2025. In support, the Debtor represents as follows:

1. The Debtor is in the process of gathering the necessary documents.
2. No party will be harmed by the extension.

WHEREFORE, Charles Norton respectfully requests that this Court enter an Order:

(a) extending the time to file his documents re: [6] Order to Update to July 18, 2025; and

(b) for such other relief as this Court deems just and proper.

Respectfully Submitted,
The Debtor,
Charles Norton,
By his attorney,

DATED: July 8, 2025

/s/ Herbert Weinberg
Herbert Weinberg, BBO #550415
Rosenberg & Weinberg
805 Turnpike Street, Suite 201
North Andover, MA 01845
(978) 683-2479
hweinberg@jrhwlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br><br>CHARLES NORTON<br><br>Debtor | Chapter 7<br>Case No. 25-11271 |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Motion to Extend Time was this day sent by mailing, first class mail, postage prepaid, or through the Court's ECF systems to the following:

| | |
|---|---|
| Charles Norton<br>157 Centre Street<br>Dover, MA 02030 | Gary W. Cruickshank<br>101 Federal Street Suite 1900<br>Boston, MA 02110 |
| U.S. Bankruptcy Court<br>J.W. McCormack Post Office & Court House<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109−3945 | |

Signed under the pains and penalties of perjury this 8th of July, 2025.

/s/ Herbert Weinberg
Herbert Weinberg, BBO #550415
Rosenberg & Weinberg
805 Turnpike Street, Suite 201
North Andover, MA 01845
(978) 683-2479
hweinberg@jrhwlaw.com