# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### (EASTERN DIVISION)

| | |
|---|---|
| **In re:** | Chapter 7 |
| **CHARLES NORTON,** | Case No. 25-11271-JEB |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Jacob C. Jones of Snell & Wilmer L.L.P. hereby appears for FERRARI FINANCIAL SERVICES, INC. and requests that all notices given or required to be given in the above case and all pleadings and other papers served in the case be given to, and served upon, the undersigned at their offices pursuant to the Bankruptcy Code, Bankruptcy Rules and the Local Bankruptcy Rules.

PLEASE TAKE FURTHER NOTICE that pursuant to the Bankruptcy Code, Bankruptcy Rules and the Local Bankruptcy Rules, the foregoing demand includes all orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, facsimile, electronic mail or otherwise which affects the Debtor(s) or the property of the Debtor(s).

PLEASE TAKE FURTHER NOTICE that the undersigned also requests copies of all financial information, reports and statements filed by the Debtor(s) with the office of the United States Trustee.

Respectfully submitted,

FERRARI FINANCIAL SERVICES, INC.

By its counsel,

*/s/ Jacob C. Jones*
Jacob C. Jones, BBO No. 714089
SNELL & WILMER L.L.P.
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2556
Telephone:    602.382.6000
Facsimile:     602.382.6070
jcjones@swlaw.com

Dated: July 16, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 16, 2025, the foregoing document was filed with the United States Bankruptcy Court – District of Massachusetts and served upon all parties entitled to receive notice of filings in the above-captioned case via the Bankruptcy Court's Electronic Case Filing (ECF) system.

*/s/ Stephany Mitchell*