| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Charles | | Norton |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS | | |
| Case number (if known) | 25-11271 | | |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

    ■ Married
    ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

    ☐ No
    ■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| 2 Benjamin Place Brookline, MA 02446 | From-To: december 2024 to april 2025 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| 157 Center Street Dover, MA | From-To: june 2017 to november 2024 | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory? (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2: Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ■ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 1

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $644,062.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| For last calendar year:<br>(January 1 to December 31, 2024 ) | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $1,540,061.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| For the calendar year before that:<br>(January 1 to December 31, 2023 ) | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $646,152.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |

**Part 3:** List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ■ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?
    ☐ No.    Go to line 7.
    ■ Yes    List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

    ☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Member First Mortgage<br>616 44th Street SE Suite 100<br>Grand Rapids, MI 49548 | 4/15/2025 | $13,951.12 | $0.00 | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| Ferrari Financial<br>250 Sulivan Avenue<br>Englewood Cliffs, NJ 07632 | 3/24/2025 | $5,486.00 | $0.00 | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| Credit One Bank<br>PO Box 60500<br>City of Industry, CA 91716 | 3/31/2025 | $1,101.29 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| American Express<br>P.O. Box 1270<br>Newark, NJ 07101 | 4/1/2025 | $7,500.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| American Express<br>P.O. Box 1270<br>Newark, NJ 07101 | 4/4/2025 | $2,000.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| Members First Mortgage<br>616 44th St SE Suite 100<br>Grand Rapids, MI 49548 | 4/15/25 | $7,669.86 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| Ferrari Financial<br>250 Sylvan Ave<br>Englewood Cliffs, NJ 07632 | 4/17/25 | $5,437.26 | $0.00 | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Capital One<br>PO Box 105474<br>Atlanta, GA 30348-5474 | 4/18/25 | $3,000.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| Ferrari Financial<br>250 Sylvan Ave<br>Englewood Cliffs, NJ 07632 | 4/23/25 | $5,486.00 | $0.00 | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| American Express<br>P.O. Box 1270<br>Newark, NJ 07101 | 5/7/25 | $6,915.51 | $0.00 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| Capital One<br>PO Box 105474<br>Atlanta, GA 30348-5474 | 5/16/25 | $3,000.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| Amex<br>PO Box 1270<br>Newark, NJ 07101-1270 | 5/19/25 | $12,000.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| Capital One<br>PO Box 105474<br>Atlanta, GA 30348-5474 | 5/22/25 | $7,000.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| CBRE Valuation<br>2221 RoseCrans Ave<br>Suite 100<br>El Segundo, CA 90245 | 5/9/25 | $23,400.00 | $0.00 | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

Debtor 1   **Charles Norton**      Case number *(if known)* **25-11271**

---

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
   |---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☐ No
   ■ Yes. List all payments to an insider

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
   |---|---|---|---|---|
   | Siden & Associates<br>20 Park Plaza<br>Suite 403<br>Boston, MA 02116 | | $10,000.00 | $0.00 | wifes legal counsel |

### Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

   | Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
   |---|---|---|---|
   | Cornerstone Bank v. Charles F. Norton JR. et al.<br>2585CV00621C | Collection | Massachusetts Trial Court<br>One Ashburton Place<br>Boston, MA 02108 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
   | Lauring Enterprices, LLC v. Southbridge Conference Investors, LLC<br>2585CV00750 | Collection | Trial Court of Massachusetts<br>Worcester County Superior Court<br>225 Main Street<br>Worcester, MA 01608 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
   | Comprehensive Merchant Capital Plantiff v. Southwest Associates LLC et al Charles Norton Defendant<br>E2025013966 | Loan Guarantee | Supreme Court of the State of NY<br>- Morroe County<br>60 Centre Street<br>New York, NY 10017 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
   | Purple Tree Plantif v. Franklin Realty Advisors et al., Charles Norton<br>FST-CV-25-6073464-S | Loan Guarentee | Superior Court<br>Judical District of Stamford Norfolk | ■ Pending<br>☐ On appeal<br>☐ Concluded |

---

Debtor 1   Charles Norton                                                                                    Case number (if known) 25-11271

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Lauring Enterpirses LLC and DMC Louring LLC Plaintiff v. Southbridge Conference Investors ILLC and Charles Norton Plaintiff<br>2585-CV-00750 | Investment gaurantee and transfer of events | Superior Court of Massachusetts Worcester<br>Worcester, MA | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Lauring Construction Co. Inc Plaintiff v. Franklin Realty Advisors LLC et al<br>2585-CV-00650 | Payment on construction contract | Superior Court Worcester<br>Worcester, MA | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**On Hold** |
| Cornerstone Bank Plantiff v. Charles Norton et al Defendant<br>258CV006210 | Loan guarantee and conveyancee of residence | Supreme Court Worcester<br>Worcester, MA | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**On Hold** |
| Jane E. Dempsey-Norton Plantiff v. Charles F. Norton Defendant<br>23 D 0541 DR | Divorce | MA Norfolk Probate and Family Court | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Smarter Merchant/DBA/DMKA v. SBC Energy et al., Charles Norton<br>518558/2025 | Loan Guarentee | Superior Court of New York King's County<br>333 West Commercial Street<br>East Rochester, NY 14445 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied? Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| Lauring Enterprises, LLC<br>23 Brigham Rd<br>Worcester, MA 01609 | Assets in the name of Charles Norton<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | 6/23/2025 | Unknown |

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?
    ■ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?
    ■ No
    ☐ Yes

| Debtor 1 | Charles Norton | | Case number (if known) | 25-11271 |

## Part 5: List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?
    ☐ No
    ■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Michelle Millos<br>34 Washington St<br>Wellesley Hills, MA 02481 | Wedding gift | 12/18/23 | $1,000.00 |
| Person's relationship to you: | | | |
| Jen Burke<br>116 Hawking St<br>Plainville, MA 02762 | Wedding gift | 9/3/24 | $1,000.00 |
| Person's relationship to you: | | | |
| Tami Bradley<br>40330 Tantalus Road<br>Squamish, BC Canada | Swiss air ticket | 2/24/25 | $4,047.80 |
| Person's relationship to you: | | | |
| Tami Bradley<br>40330 Tantalus Rd<br>Squamish, BC Canada | Swiss Air plane | 10/7/24 | $4,240.01 |
| Person's relationship to you: | | | |
| Jenn Raimie<br>610 West 16th St<br>New York, NY 10032 | Swiss air | 10/7/24 | $4,590.01 |
| Person's relationship to you: | | | |
| Kevin Wagner<br>34 Washington St<br>Wellesley Hills, MA 02481 | Birthday gift | 9/3/24 | $750.00 |
| Person's relationship to you: | | | |
| Casey Norton<br>38558 Westway Ave.<br>Squamish, BC | 2008 Toyota Land Cruiser | | $11,000.00 |
| Person's relationship to you: | | | |
| Casey Norton<br>38558 Westway Ave.<br>Squamish, BC | Fountain Green Horse Board | 12/27/24 | $4,284.80 |
| Person's relationship to you: | | | |

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Rylee Norton<br>337 Jackson Place Apt B<br>Golden, CO 80403<br><br>Person's relationship to you: | Surf Trip | 12/27/24 | $1,545.00 |
| Rylee Norton<br>337 Jackson Place Apt B<br>Golden, CO 80403<br><br>Person's relationship to you: | Leadville Accommodations | 11/12/24 | $1,617.86 |
| Rylee Norton<br>337 Jackson Place Apt B<br>Golden, CO 80403<br><br>Person's relationship to you: | Ski (Vail) | 9/3/24 | $1,005.00 |
| Rylee Norton<br>337 Jackson Place Apt B<br>Golden, CO 80403<br><br>Person's relationship to you: | Vail Resorts | 9/30/24 | $1,005.00 |
| Rylee Norton<br>337 Jackson Place Apt B<br>Golden, CO 80403<br><br>Person's relationship to you: | Airbnb | 11/12/24 | $1,617.86 |
| Casey Norton<br>38558 Westway Ave.<br>Canada V8BOW4<br>Squamish, BC<br><br>Person's relationship to you: | Home Gift | 12/2/24 | $1,030.00 |
| Casey Norton<br>38558 Westway Ave.<br>Canada V8BOW4<br>Squamish, BC<br><br>Person's relationship to you: | Home Transport Canada | 3/19/25 | $10,022.00 |
| Casey Norton<br>38558 Westway Ave.<br>Canada V8BOW4<br>Squamish, BC<br><br>Person's relationship to you: | Horse Board | 6/2/23,<br>10/12/23,<br>12/6/23,<br>2/20/24,<br>4/9/24, 5/29/24 | $4,500.00 |
| Casey Norton<br>38558 Westway Ave.<br>Canada V8BOW4<br>Squamish, BC<br><br>Person's relationship to you: | Horse Board | 6/30/24,<br>8/23/24 | $3,000.00 |

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Casey Norton<br>38558 Westway Ave.<br>Canada V8BOW4<br>Squamish, BC | Horse Board | 2/12/25 | $2,250.00 |
| Person's relationship to you: | | | |
| Rylee Norton<br>337 Jackson Place Apt B<br>Golden, CO 80403 | Camping Equipment | 6/2/23 | $2,050.00 |
| Person's relationship to you: | | | |
| Kyle/Brenna Norton<br>806 Tohnne Dodds Blvd.<br>Suite 100 MTI<br>Pleasant, TX 79464 | Wedding Gift | 8/22/24 | $1,000.00 |
| Person's relationship to you: | | | |
| William Demprey<br>108 Pebble Ave<br>North Falmouth, MA 02556 | College Tuition - daughters | 10/12/23 | $30,000.00 |
| Person's relationship to you: | | | |
| William Demprey<br>108 Pebble Ave<br>North Falmouth, MA 02556 | College tuition daughters | 12/4/24 | $10,000.00 |
| Person's relationship to you: | | | |
| Rylee Norton<br>337 Jackson Place Apt B<br>Golden, CO 80403 | College guidance | 1/24/24 | $4,250.00 |
| Person's relationship to you: | | | |
| Rylee Norton<br>337 Jackson Place Apt B<br>Golden, CO 80403 | Furniture | 2/13/24 | $4,718.00 |
| Person's relationship to you: | | | |
| Rylee Norton<br>337 Jackson Place Apt B<br>Golden, CO 80403 | vet services | 3/13/24 | $810.96 |
| Person's relationship to you: | | | |
| Rylee Norton<br>337 Jackson Place Apt B<br>Golden, CO 80403 | College Guidance | 4/2/24 | $4,250.00 |
| Person's relationship to you: | | | |

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Rylee Norton<br>337 Jackson Place Apt B<br>Golden, CO 80403 | Camper | 7/8/23 | $3,292.13 |
| Person's relationship to you: | | | |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?
    ☐ No
    ■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Optical Heritage Museum<br>368 Main St Ste 1<br>Southbridge, MA 01550 | | 12/23/2023 | $508.00 |
| Mass General Brigham McLean Hospital<br>115 Mill St<br>Belmont, MA 02478 | | Dec 2023 | $250.00 |
| Wellsley Fire Fighters Relief<br>PO Box 81045<br>Wellesley, MA 02481 | | 2/21/2023 | $100.00 |
| UMass Memorial Health One Biotech Park<br>365 Plantation St<br>Worcester, MA 01605 | | 5/21/2024 | $5,250.00 |
| Dover Pond Conservation Trust<br>PO Box 562<br>Dover, MA 02030 | Credit Card | 11/15/2024 | $250.00 |
| Appalachian MTN Club | Credit | 9/27/2024 | $500.00 |
| Stone Clinic<br>3727 Buchanan Street<br>San Francisco, CA 94123 | | | $500.00 |
| Proctor Academy<br>PO Box 500<br>204 Main Street<br>Andover, NH 03216 | | 5/10/2024 | $500.00 |
| St. John's Food for the Poor Program<br>20 Temple Street<br>Worcester, MA 01604 | Credit Card | 4/12/2024 | $300.00 |
| Rodman For Kids<br>10 Lincoln Rd. #205<br>Foxboro, MA 02035 | | 9/19/24 | $1,022.50 |

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Worcester Art Meuseum<br>53 Salisbury St<br>Worcester, MA 01609 | Donation | 10/26/23 | $1,000.00 |
| Umass Memorial HealthCare<br>28 Lincoln Street<br>Worcester, MA 01605 | Fundraiser | 5/3/24 | $5,250.00 |
| Best Buddies<br>529 Main Street<br>Suite 202<br>Charlestown, MA 02129 | Fundraising - Bike Ride | 5/29/24 | $1,014.50 |
| Change for Disabled Kids | Fundraiser | 11/18/24 | $1,120.00 |
| GoFundMe | Fundraiser for fire victims in Los Angeles | 11/12/24 | $1,180.00 |
| Noble & Greenough School<br>10 Campus Drive<br>Dedham, MA 02026 | Graduate Fund | | $5,000.00 |

## Part 6:  List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

    ■ No
    ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|

## Part 7:  List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

    ☐ No
    ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Rosenberg & Weinberg<br>805 Turnpike Street<br>North Andover, MA 01845 | | 5/15/25<br>5/29/25<br>6/4/25 | $21,090.00 |

| Debtor 1 | Charles Norton | Case number (if known) | 25-11271 |
|---|---|---|---|

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

- ☐ No
- ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Pollack & Flanders, LLP<br>20 Park Plaza<br>Suite 605<br>Boston, MA 02116 | | 4/27/25 | $10,000.00 |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

- ☐ No
- ■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Jane E Norton<br>157 Centre Street<br>Dover, MA 02030<br>Wife | Charles Norton's Interest in 157 Centre street Dover, MA and 17 Mashpee Way North Falmouth, MA. $1,500,000 | Divorce Settlement | 4/20/2025 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

- ■ No
- ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

### Part 8: List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- ☐ No
- ■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| JP Morgan Chase<br>270 Pack Avenue<br>New York, NY 10017 | XXXX-4668 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Banking Account** | | $36,251.93 |

| Debtor 1 | Charles Norton | Case number (if known) | 25-11271 |
|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

   ■ No
   ☐ Yes. Fill in the details.

   | Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
   |---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

   ☐ No
   ■ Yes. Fill in the details.

   | Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
   |---|---|---|---|
   | Extra Storage Space<br>137 Rumford Ave<br>Auburndale, MA 02466 | Patricia Castillo<br>2 Benjamin Place<br>Brookline, MA 02446 | Landlord furniture from conduminium Norton was leasing | ■ No<br>☐ Yes |
   | Worcester Business Center<br>67 Millbrooke Street<br>Worcester, MA | David Woodbury<br>Ben Woodbury<br>67 Millbrooke Street<br>Worcester MA | Personal and property records | ☐ No<br>■ Yes |

### Part 9: Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

   ■ No
   ☐ Yes. Fill in the details.

   | Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
   |---|---|---|---|

### Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- ■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- ■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- ■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

   ■ No
   ☐ Yes. Fill in the details.

   | Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
   |---|---|---|---|

Debtor 1    Charles Norton            Case number *(if known)*    25-11271

25. Have you notified any governmental unit of any release of hazardous material?

- ■ No
- ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

- ■ No
- ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

### Part 11: Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

   ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

   ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

   ☐ A partner in a partnership

   ☐ An officer, director, or managing executive of a corporation

   ☐ An owner of at least 5% of the voting or equity securities of a corporation

   ☐ No. None of the above applies. Go to Part 12.

   ■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business<br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|
| Franklin Advisors Southbridge, LLC<br>396 Washington St., Ste 319<br>Wellesley Hills, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN:    04-3512405<br><br>From-To    4/7/2000 |
| Southbridge Hotel Investors, LLC<br>396 Washington St., Ste 319<br>Wellesley Hills, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN:    92-0949536<br><br>From-To    11/1/2022 |
| Southbridge Conference Investors, LLC<br>396 Washington St., Ste 319<br>Wellesley Hills, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN:    88-4260320<br><br>From-To    11/1/2022 |
| Southbridge Associates II, LLC<br>396 Washington St., Ste 319<br>Wellesley Hills, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN:    45-0492051<br><br>From-To    2/6/2003 |

Debtor 1    Charles Norton    Case number (if known) 25-11271

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Franklin Advisors Southbridge II, LLC<br>396 Washington St., Ste 319<br>Wellesley Hills, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN: 20-3622740<br><br>From-To 10/14/2025 |
| Southbridge Associates III, LLC<br>396 Washington St., Ste 319<br>Wellesley Hills, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN: Unknown<br><br>From-To Unknown |
| Southbridge Housing, LLC<br>396 Washington St., Ste 319<br>Wellesley Hills, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN: 82-3829095<br><br>From-To 12/4/2017 |
| Southbridge Housing II, LLC<br>396 Washington St., Ste 319<br>Wellesley Hills, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN: Unknown<br><br>From-To Unknown |
| SBC Energy, LLC<br>396 Washington St., Ste 319<br>Wellesley Hills, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN: 47-1713488<br><br>From-To 8/5/2014 |
| Southbridge Investments, LLC<br>396 Washington St., Ste 319<br>Wellesley Hills, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN: 82-1541549<br><br>From-To 5/16/2017 |
| Franklin Realty Advisors LLC<br>396 Washington St., Ste 319<br>Wellesley Hills, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN: 47-1700547<br><br>From-To 8/1/2014 |
| 2 Mercantile Associates, LLC<br>396 Washington St., Ste 319<br>Wellesley Hills, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN: 85-0601911<br><br>From-To |

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Wellesley Front, LLC<br>396 Washington St., Ste 319<br>Wellesley Hills, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN:   47-5074072<br><br>From-To   10/14/2015 |
| Southbridge Associates, LLC<br>396 Washington Street, Suite 319<br>Wellesley Hills, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN:   04-3492175<br><br>From-To   4/11/2000- |
| Southbridge Associates IV<br>396 Washington Street, Suite 319<br>Wellesley Hills, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN:   83-1150223<br><br>From-To   7/3/2018- |
| Southbridge Associates V, LLC<br>396 Washington Street, Suite 319<br>Wellesley Hills, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN:   83-1166726<br><br>From-To   7/9/2018 |
| Southbridge Associates VI, LLC<br>396 Washington Street, Suite 319<br>Wellesley Hills, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN:   83-1188828<br><br>From-To   7/10/2018- |
| Southbridge Associates VII, LLC<br>396 Washington Street, Suite 319<br>Wellesley Hills, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN:   83-1631628<br><br>From-To   8/16/2018 |
| Southbridge Associates VIII, LLC<br>396 Washington Street, Suite 319<br>Wellesley Hills, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN:   36-4919788<br><br>From-To   1/16/2019- |
| Southbridge Associates IX, LLC<br>396 Washington Street, PMB 319<br>Wellesley Hills, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN:   87-1305366<br><br>From-To   6/17/2021 |

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Southbridge Associates X, LLC<br>396 Washington Street, Suite 319<br>Wellesley Hills, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN: 92-1293164<br><br>From-To 12/9/2022 |
| Southbridge Associates XI, LLC<br>396 Washington Street, Suite 319<br>Wellesley Hills, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN: 93-2393530<br><br>From-To 7/5/2023 |
| Southbridge Associates XII, LLC<br>396 Washington Street, Suite 319<br>Wellesley Hills, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN: 93-2350347<br><br>From-To 7/13/2023 |
| Southwest Associates, LLC<br>396 Washington Street, Suite 319<br>Wellesley Hills, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN: 92-0437915<br><br>From-To 10/20/2022 |
| Worcester Business Center, LLC<br>396 Washington Street, Suite 319<br>Wellesley, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN: 26-3780129<br><br>From-To 3/20/2007 |
| WBC Holding Company LLC<br>396 Washington Street, Suite 319<br>Wellesley, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN: 20-8679928<br><br>From-To 3/21/2007 |
| WBC Investments, LLC<br>396 Washington Street, Suite 319<br>Wellesley Hills, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN: 84-3724692<br><br>From-To 12/31/2019 |
| Front Street JV, LLC<br>396 Washington Street, Suite 319<br>Wellesley, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN: 30-0882563<br><br>From-To 10/14/2015 |

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Mercantile Ventures, LLC<br>396 Washington Street, Suite 319<br>Wellesley, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN:    83-2466221<br><br>From-To    10/10/2018 |
| Mercantile Capital, LLC<br>396 Washington Street, Suite 319<br>Wellesley, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN:    47-4675375<br><br>From-To    9/15/2015 |
| Front Street Capital, LLC<br>396 Washington Street, Suite 319<br>Wellesley, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN:    47-4675375<br><br>From-To    10/14/2015 |
| 120 Mercantile Center, LLC<br>396 Washington Street, Suite 319<br>Wellesley, MA 02481 | Real Estate<br><br>Tulis Miller & Co.<br>101 Federal St.<br>Ste 1900<br>Boston, MA 02110 | EIN:    83-2401318<br><br>From-To    11/15/2018 |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No
■ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| Cornerstone Bank<br>253-257 Main Street<br>Southbridge, MA 01550 | 4/26/24<br>3/1/24 |
| Websterfive<br>35 Millbury Street<br>Auburn, MA 01501 | 8/26/24<br>12/10/24 |
| X-Caliber<br>3 W Main Street<br>Irvington, NY 10533 | 2/28/25<br>4/5/24 |
| Savers Bank<br>270 Main St<br>PO Box 250<br>Southbridge, MA 01550 | 9/16/24 |

| Debtor 1 | Charles Norton | Case number (if known) | 25-11271 |
|---|---|---|---|

## Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Charles Norton

**Charles Norton**
Signature of Debtor 1

Signature of Debtor 2

Date   July 18, 2025

Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).