# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>CHARLES NORTON,<br><br>Debtor. | Chapter 7<br><br>Case No. 25-11271(JEB) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that, pursuant to 11 U.S.C § 341 Bankruptcy Rules 2002, 9010 and Local Rules 2002-1 and 9010-1, 15 Wells Street LLC, by and through its counsel Riemer & Braunstein LLP, hereby appears in the above-captioned case and requests that notices of all matters in the case be served upon its attorneys, as follows:

> Dennis E. McKenna, Esquire
> Riemer & Braunstein LLP
> 100 Cambridge Street, 22nd Floor
> Boston, MA  02114
> Telephone:    (617) 880-3454
> Facsimile:    (617) 692-3579
> Email:        dmckenna@riemerlaw.com

Request is hereby also made for service of copies of all pleadings and papers, including but not limited to motions, orders and notice of all hearings, or other pleadings, relating to any issue which may be raised in the above-captioned case.

> 15 WELLS STREET LLC,
>
> By its Attorneys,
> RIEMER & BRAUNSTEIN LLP
>
> */s/ Dennis E. McKenna*
> Dennis E. McKenna, BBO #556428
> Riemer & Braunstein LLP
> 100 Cambridge Street, 22nd Floor
> Boston, Massachusetts 02114
> (617) 880-3516
> dmckenna@riemerlaw.com

Dated: July 21, 2025

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>CHARLES NORTON,<br><br>                              Debtor. | Chapter 7<br><br>Case No. 25-11271(JEB) |

## CERTIFICATE OF SERVICE

I, Dennis E. McKenna, Esquire, with the law firm of Riemer & Braunstein LLP, hereby certify that I caused to be served on July 21, 2025 a true and accurate copy of the **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS** by electronic notification **(EN)** where indicated, to the individuals listed below and any other party receiving electronic notification in this case:

Office of the United States Trustee
J.W. McCormack Post Office and Courthouse
5 Post Office Square, 10th Floor, Suite 1000
Boston, MA  02109
(EN)

Gary W. Cruickshank, Esq.
Gary W. Cruickshank, Trustee
101 Federal Street, Suite 1900
Boston, MA  02110
(EN)

Herbert Weinberg, Esquire
Rosenberg & Weinberg
805 Turnpike Street, Suite 201
North Andover, MA  01845
hweinberg@jrhwlaw.com
(EN)

RIEMER & BRAUNSTEIN LLP

*/s/ Dennis E. McKenna*
Dennis E. McKenna, BBO #556428
Riemer & Braunstein LLP
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114
(617) 880-3454
dmckenna@riemerlaw.com

4411835.1