# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Charles Norton<br><br>Debtor. | Chapter 7<br><br>Case No: 25-11271-JEB |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICE AND PLEADINGS

Pursuant to Federal Rule of Bankruptcy Procedure 9010, please enter the appearance of D. Ethan Jeffery, Esq. and the firm of Murphy & King, Professional Corporation as counsel for Worcester Business Center, LLC; WBC Holding Company, LLC; Northborough Group Management Co., LLC; Southwest Associates LLC; Mercantile Developments, LLC; Front Street Associates, LLC; and 120 Mercantile Center, LLC, in the above captioned bankruptcy proceeding.

The undersigned hereby requests copies of all notices, pleadings, papers and orders filed by any party in the above-captioned case.

                                                /s/ *D. Ethan Jeffery*
                                                D. Ethan Jeffery (BBO #631941)
                                                MURPHY & KING, Professional Corporation
                                                28 State Street, Suite 3101
                                                Boston, MA 02109
                                                Tel: (617) 423-0400
                                                Email: ejeffery@murphyking.com

Dated: October 23, 2025

847497

## CERTIFICATE OF SERVICE

I, D. Ethan Jeffery, hereby certify that on October 23, 2025 I caused a copy of the *Notice of Appearance and Request for Service of Notice and Pleadings* to be served via this Court's CM/ECF System, and I served a copy via first class mail to the parties identified on the attached list.

Dated:  October 23, 2025

/s/ *D. Ethan Jeffery*
D. Ethan Jeffery, Esq. (BBO #631941)
Murphy & King, Professional Corporation
28 State Street, Suite 3101
Boston, MA  02109
Telephone No: (617) 423-0400
Email:  ejeffery@murphyking.com

847497

**VIA CM/ECF:**

- Alan L. Braunstein  abraunstein@riemerlaw.com; ahall@riemerlaw.com; ndailey@riemerlaw.com
- Paul W. Carey  pcarey@mericklaw.com; bankrupt@mirickoconnell.com
- Shannah L. Colbert  scolbert@mericklaw.com; afogg@mericklaw.com
- Bodie B. Colwell  BColwell@preti.com; sbarrington@preti.com
- Gary W. Cruickshank  gwc@cruickshank-law.com; ma09@ecfcbis.com
- Jacob C. Jones  jcjones@swlaw.com; smitchell@swlaw.com; docket@swlaw.com
- Richard King – B  USTPRegion01.BO.ECF@USDOJ.GOV
- Dennis E. McKenna  dmckenna@riemerlaw.com
- Mark W. Powers  mpowers@princelobel.com; norourke@princelobel.com
- Tani E. Sapirstein  tani@sandslaw.com
- Ryan C. Siden  rsiden@sidenlaw.com
- George W. Tetler  gtetler@princelobel.com; ctibbetts@princelobel.com
- Conner B Verreaux  cverreaux@murphyking.com;
-   conner-verreaux2737@ecf.pacerpro.com
- Herbert Weinberg  hweinberg@jrhwlaw.com; herbweinberglaw@gmail.com; weinberghr70490@notify.bestcase.com; rprizio@jrhwlaw.com; bmessina@jrhwlaw.com

**VIA FIRST CLASS MAIL:**

The Smarter Merchant
Giuliano Law PC
ATTN: Anthony F. Giuliano, Esq.
445 Broadhollow Road, Ste. 25
Melville, NY 11747

847497