| Account | Type | Institution | Account Number | Name of Holder | Authorized Signatory (s) | Period |
|---|---|---|---|---|---|---|
| Charles F Norton | Checking | Eastern Bank | ███1703 | Charles F Norton | Charles F Norton | 6/2023 - 2/2026 |
| Charles F Norton | Savings | Eastern Bank | ███3475 | Charles F Norton | Charles F Norton | 6/2023 - 1/2026 |
| Charles F Norton | Checking | Village Bank | █65 | Charles F Norton | Charles F Norton | 5/2025 - 1/2026 |
| Charles F Norton | Checking | Village Bank | █64 | Charles F Norton | Charles F Norton | 7/2025 - 1/2026 |
| Charles F Norton | IRA | Village Bank | █63 | Charles F Norton | n/a | Deposit - 7/2025 |
| Charles F Norton | Investment Account | JP Morgan Chase | ███4668 | Charles F Norton | Charles F Norton | 6/2023 - 6/2025 |
| Charles F Norton | Investment Account | JP Morgan Chase | ███6602 | Charles F Norton | Charles F Norton | 6/2023 - 6/2025 |

000064