UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| CHARLES NORTON, | ) | Case No. 25-11271-JEB |
| Debtor | ) | |

----------------------------------------------

CERTIFICATE OF SERVICE

I, Gary W. Cruickshank, hereby certify that a copy of the attached  Proceeding Memorandum and Order was served in the following manner upon the interested parties:

E-mail service:  via the Court's CM/ECF system which sent notification of such filing to the following:

- **Eric K. Bradford**    Eric.K.Bradford@USDOJ.gov
- **Alan L. Braunstein**    abraunstein@riemerlaw.com, ahall@riemerlaw.com;ndailey@riemerlaw.com
- **Paul W. Carey**    pcarey@miricklaw.com, bankrupt@mirickoconnell.com
- **Shannah L. Colbert**    scolbert@miricklaw.com, afogg@miricklaw.com
- **Bodie B. Colwell**    BColwell@preti.com, sbarrington@preti.com
- **Nicholas A Dube**    ndube@preti.com
- **Bill N. Jacob**    bnjlaw@hotmail.com, jacob.billr99919@notify.bestcase.com
- **Donald Ethan Jeffery**    ejeffery@murphyking.com
- **Jacob C. Jones**    jcjones@swlaw.com, smitchell@swlaw.com;docket@swlaw.com
- **Richard King - B**    USTPRegion01.BO.ECF@USDOJ.GOV
- **Dennis E. McKenna**    dmckenna@riemerlaw.com
- **Mark W. Powers**    mpowers@princelobel.com, norourke@princelobel.com
- **Marcus Pratt**    bankruptcy@kordeassociates.com
- **Samuel Rowley**    srowley@seyfarth.com, lirusso@seyfarth.com,bosdocket@seyfarth.com
- **Tani E. Sapirstein**    tani@sandslaw.com
- **Ryan C. Siden**    rsiden@sidenlaw.com
- **George W. Tetler**    gtetler@princelobel.com, ctibbetts@princelobel.com
- **Michael P Trainor**    michael.trainor@blankrome.com, courtmail@blankrome.com
- **Michael P Trainor**    mtrainor@blankrome.com, courtmail@blankrome.com
- **Conner B Verreaux**    cverreaux@murphyking.com, conner-verreaux-2737@ecf.pacerpro.com
- **Herbert Weinberg**    hweinberg@jrhwlaw.com, weinberghr70490@notify.bestcase.com;rprizio@jrhwlaw.com;bmessina@jrhwlaw.com

And by regular United States mail, postage prepaid upon all creditors on the annexed list.

Dated: July 6, 2026

/s/Gary W. Cruickshank, Esq.
Trustee in Bankruptcy of
Charles Norton
101 Federal Street, Suite 1900
Boston MA 02110
gwc@cruickshank-law.com
(617)330-1960
(BBO107600)

**120 Mercantile Center, LLC**
396 Washington Street, Suite 390
Wellesley, MA 02481

**15 Wells LLC**
Attn: Manager
Lundgren Equity Partners LLC
163 Washington Street
Auburn, MA 01501

**2 Mercantile Associates LLC**
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

**333 Investment Partners, LLC**
367 Chandler Street
Worcester, MA 01602

**80 Optical LLC/Ellen Drive Properties**
10 Cabot Drive LLC
2665 South Bayshore Drive
Suite 712
Miami, FL 33133

**American Express**
PO Box 981535
El Paso, TX 79998

**Anthony F. Giuliano**
Giuliano Law PC
445 Broadhollow. Rd.
Suite 25
Melville, NY 11747-3645

**AO Realty Corp.**
80 Field Point Road, Suite 2
Greenwich, CT 06830-6416

**Apollo Funding**
Attn: Benkovitch and Bonskila PLLE
1545 US 202
Suite 101
Pomona, NY 10970

**Capital One**
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130

**Capytal**
Attn: Yeshaya Gorkin Esq.
PO Box 1005
New York, NY 10038

**CBRE Valuation**
2221 RoseCrans Ave
Suite 100
El Segundo, CA 90245

**Chrisopher J. Palermo**
8 Meadowbrook Circle
Shrewsbury, MA 01545

**Christina Lauring Irrevocable Trust**
c/o John Lauring,Lauring Construction Co
23 Brigham Road
Worcester, MA 01609

**Christopher J Coghlin**
10 Morningside Dr.
Shrewsbury, MA 01545

**Christopher Lauring**
46 Vista Cir
Holden, MA 01520-1951

**Churchside, LLC**
Phil Davis
100 Front Street
5th Floor
Worcester, MA 01608

**Comp Merchant Capital**
Attn: Berkovitch & Bouskila PLLC
1545 US 202
Suite 201
Pomona, NY 10970

**Cornerstone Bank**
c/o Paul W. Carey, Esq./Mirick O'Connell
100 Front Street
Worcester, MA 01608

**Cornerstone Bank**
176 Main Street
Spencer, MA 01562

**Country Bank**
315 Main Street
Worcester, MA 01608

**Country Bank for Savings**
c/o Paul W. Carey, Esq.
Mirick O'Connell
100 Front Street
Worcester, MA 01608

**CPP East, LLC**
11921 Freedom Dr., St 860
Reston, VA 20190

**Credit One Bank**
6801 S. Cimarron Road
Las Vegas, NV 89113

**Cycles 2003 Realty Trust/Lawrence Martin**
77 Saint George Place
Palm Beach Gardens, FL 33418

**Daniel Lauring**
122 Timber Lane
Holden, MA 01520

**David Fogel**
1225 Franklin Ave, Suite 201
Garden City, NY 11530

**Diana Lauring Irrevocable Trust**
c/o John Lauring,Lauring Construction Co
23 Brigham Road
Worcester, MA 01609

**DMC Lauring, LLC**
Michael Lauring
23 Brigham Rd.
Worcester, MA 01609

**DMKA d/b/a The Smarter Merchant**
c/o Giuliano Law PC
445 Broadhollow Rd.
Suite 25
Melville, NY 11747-3645

**Douglas Robinson/ DMKA,LLC**
370 Lexington Avenue, Rm 801
New York, NY 10017-6510

**Downtown Worcester Business**
Improvement District
44 Portland Street
Worcester, MA 01608

**Erin Motameni**
520 Cross St.
Boylston, MA 01505

**Esfandiar Motameni**
621 Madison Place
Southborough, MA 01772

**Ferrari Financial Services**
PO Box 510
Buffalo, NY 14231

**Fitch Law Partners LLP**
84 State Street
Boston, MA 02109

**Franklin Advisors Southbridge II, LLC**
396 Washington Street, PMB 319
Wellesley, MA 02481

**Franklin Advisors Southbridge, LLC**
396 Washington Street, PMB 319
Wellesley, MA 02481

**Franklin First LLC**
396 Washington Street, PMB 319
Wellesley, MA 02481

**Franklin Realty Advisors LLC**
36 Washington Street, Suite 390
Wellesley Hills, MA 02481

**Franklin Realty Advisors LLC**
396 Washington Street, PMB 319
Wellesley, MA 02481

**Franklin Realty Worcester BusinessCenter**
396 Washington Street, PMB 319
Wellesley, MA 02481

**Franklin Southbridge Advisors III LLC**
396 Washington Street, PMB 319
Wellesley, MA 02481

**Franklin/Front, LLC**
396 Washington Street, PMB 319
Wellesley, MA 02481

**Front Street Associates LLC**
36 Washington Street, Suite 390
Wellesley Hills, MA 02481

**Front Street Associates, LLC**
396 Washington Street, PMB 319
Wellesley, MA 02481

**Front Street Capital, LLC**
396 Washington Street, PMB 319
Wellesley, MA 02481

**Front Street Investors LLC**
Fran Madigan
367 Chandler Street
Worcester, MA 01602

**Front Street JV, LLC**
396 Washington Street, PMB 319
Wellesley, MA 02481

**Gary Creem**
33 Clements Road
Newton, MA 02458

**George and Sybil Fuller Foundation**
Mark Fuller
81C Shrewsbury Street
PO Box 757
Boylston, MA 01505

**GIULIANO LAW, P.C.**
Attn: Anthony F. Giuliano, Esq,
445 Broadhollow Road, Ste. 25
Melville, NY 11747

**Honest Funding**
Attn: Steven Zakhong
10W 37th Street
Room 602
New York, NY 10018

**Internal Revenue Service**
PO Box 931000
Louisville, KY 40293

**James Lauring**
39 Brottle Street
Worcester, MA 01602

**James W. Coghlin, Jr.**
1 Watkins Lane
Southborough, MA 01772

**James W. Coghlin, Sr.**
6 Alondwood Circle
Shrewsbury, MA 01545

**Jennifer Lauring Irrevocable Trust**
c/o John Lauring,Lauring Construction Co
23 Brigham Road
Worcester, MA 01609

**JFS Investment Partners LLC**
James Madigan
115 Fox Run
Sudbury, MA 01776

**John Budd**
3 Summerland Way
Worcester, MA 01608

**John Lauring**
23 Brigham Road
Worcester, MA 01609

**John McKinley**
141 Pleasant Street
Northborough, MA 01532

**John Sheehan**
155 Rhode Island Ave
Newport, RI 02840

**John T. Szalan/ Purple Tree**
Neubert, Pepe & Monteith P.C.
195 Church Street, 13th Floor
New Haven, CT 06510

**Joyce A. Mucci 2009 Revocable Trust**
Paul Mucci
9 Cedarwood Road
Woburn, MA 01801

**Justin Maykel**
10 Monmouth Rd
Worcester, MA 01609

22588/00053/4908-4032-7841 v.1

**Katherine Michie, HTM Exempt Trust**
28 Pine Arden Drive
West Boylston, MA 01583

**Lauring Charitable Foundation**
c/o John Lauring
23 Brigham Road
Worcester, MA 01609

**Lauring Construction Co. Inc.**
23 Brigham Rd
Worcester, MA 01609

**Lauring Enterprices, LLC**
c/o John Lauring
23 Brigham Rd
Worcester, MA 01609

**Legacy Real Estate Development LLC**
1691 Michigan Ave, Suite 250
Miami Beach, FL 33139

**Man Development**
99 High Street
Boston, MA

**Managed Realty Investments LLC**
23 Brigham Rd.
Worcester, MA 01609

**Mark R. Wetzel**
84 Donahue Road
North Granby, CT 06060

**Maryanne and David Seibold**
78 Carter Road
Worcester, MA 01609

**Mass Development**
99 high street
Boston, MA

**Maurice Conniffe**
Vista Capital
80 Field Point Road
Greenwich, CT 06830

**MDOR**
P.O.Box 9564
Boston, MA 02114

**Member First Mortgage**
616 44th St Se
Grand Rapids, MI 49548

**Member First Mortgage**
616 44th St Se
Grand Rapids, MI 49548

**Mercantile Capital Two LLC**
Phil Davis/Tony Tilton/Fletcher Tilton
100 Front Street, 5th Floor
Worcester, MA 01608

**Mercantile Capital, LLC**
396 Washington Street, PMB 319
Wellesley, MA 02481

**Mercantile Capital, LLC**
c/o Phillips S. Davis
100 Front Street
Worcester MA 01608

**Mercantile Management Services Inc**
396 Washington Street, PMB 319
Wellesley, MA 02481

**Mercantile Ventures, LLC**
396 Washington Street, PMB 319
Wellesley, MA 02481

**Michael & Robin Pozez Exempt Trust**
6336 N Oracle Road, 326-347
Tucson, AZ 85704

**Michael Lauring**
38 Aylesbury Road
Worcester, MA 01609

**Michael Lauring Irrevocable Trust**
c/o John Lauring,Lauring Construction Co
23 Brigham Road
Worcester, MA 01609

**Michael P. Tsotsis**
75 Salten Point Rd
Barnstable, MA 0263

**Middlesex Savings Bank**
120 Flanders Rd
Westborough, MA 01581

**ML Factors**
428 Central Avenue
Cedarhurst, NY 11516-1929

**MMB LLC, c/o Susan Lauring**
27 Holden Street
Worcester, MA 01605

**Mohsin Amiji**
101 Woodchester Drive
Weston, MA 02493

**Nicholas Dube**
Preti Flaherty Beliveau & Pachoas
60 State Street, Suite 1100
Boston, MA 02109

**Patricia Castillo**
2 Simmons St
Marlborough, MA 01752

**Porsche Financial Srvc**
Attn: Bankruptcy
6400 Main St, Ste 201
Amherst, NY 14221

**Porsche Financial Srvc**
Attn: Bankruptcy
6400 Main St, Ste 201
Amherst, NY 14221

**Porsche Financial Srvc**
Attn: Bankruptcy
6400 Main St, Ste 201
Amherst, NY 14221

**Purple Tree**
6 Landmark Square
4th Floor
Stamford, CT 06901

**Robert K. Dik**
9 Otsego Road
Worcester, MA 01609

**Rockland Trust**
100 Front Street
Worcester, MA 01608

**Savers Bank**
270 Main St

PO Box 250
Southbridge, MA 01550

**SBC Energy, LLC**
36 Washington Street, Suite 390
Wellesley, MA 02481

**SBC Gupta, LLC**
71 Overlook Drive
Carlisle, MA 01741

**Seibold Family, LLC**
Maryanne/David Seibold
78 Carter Road
Worcester, MA 01609

**Seven Hills Foundation, Inc.**
Mike Matthews
81 Hope Ave
Worcester, MA 01603

**Shaner Management, LP**
1965 Waddle Rd.
State College, PA 16803

**Sherburne B. Rockwell, III**
57 Davis Street
Millbury, MA 01527

**Smarter Merchant**
PO Box 605
New York, NY 10038

**Southbridge Advisors IX LLC**
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

**Southbridge Advisors V**
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

**Southbridge Advisors VI**
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

**Southbridge Advisors XI**
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

**Southbridge Associates II & X, LLC**
396 Washington Street, PMB 319
Wellesley, MA 02481

**Southbridge Associates II LLC**
36 Washington Street, Suite 390
Wellesley Hills, MA 02481

**Southbridge Associates III, LLC**
396 Washington Street, PMB 319
Wellesley, MA 02481

**Southbridge Associates IV**
36 Washington St, Suite 390
Wellesley Hills, MA 02481

**Southbridge Associates IX**
36 Washington Street, Suite 390
Wellesley, MA 02481

**Southbridge Associates V**
36 Washington Street, Suite 390
Wellesley Hills, MA 02481

**Southbridge Associates VI**
36 Washington Street, Suite 390
Wellesley Hills, MA 02481

**Southbridge Associates VII**
36 Washington Street, Suite 390
Wellesley Hills, MA 02481

**Southbridge Associates VIII**
36 Washington Street, Suite 390
Wellesley Hills, MA 02481

**Southbridge Associates X**
36 Washington Street, Suite 390
Wellesley Hills, MA 02481

**Southbridge Associates X, LLC**
396 Washington Street, PMB 319
Wellesley, MA 02481

**Southbridge Associates XI LLC**
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

**Southbridge Associates XII**
36 Washington Street, Suite 390
Wellesley Hills, MA 02481

**Southbridge Associates, LLC**
36 Washington Street, Suite 390
Wellesley Hills, MA 02481

**Southbridge Associates, LP**
Attn: Corporation Service Company
2711 Centerville Rd, Suite 400
Wilmington, DE 19808

**Southbridge Conference Investors, LLC**
396 Washington Street, PMB 319
Wellesley, MA 02481

**Southbridge Hotel Investors, LLC**
396 Washington Street, PMB 319
Wellesley, MA 02481

**Southbridge Housing LLC**
396 Washington Street, PMB 319
Wellesley, MA 02481

**Southbridge Investments LLC**
396 Washington Street, PMB 319
Wellesley, MA 02481

**Southbridge Management Advisors LLC**
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

**Southbridge Management LLC**
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

**Southwest Associates**
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

**Southwest Associates**
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

**Southwest Associates**
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

**Southwest Associates**
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

**Southwest Associates**
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

**Southwest Associates**
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

**Southwest Associates**
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

**Southwest Associates**
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

**Southwest Associates**
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

**Southwest Associates**
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

**Southwest Associates**
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

**Southwest Associates**
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

**Southwest Associates**
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

**Southwest Associates**
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

**Southwest Associates**
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

**Southwest Associates**
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

**Southwest Associates**
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

**Southwest Associates**
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

**Southwest Associates**
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

**Southwest Associates**
396 Washington Street, PMB 319
Wellesley Hills, MA 02481

**Southwest Associates LLC**
36 Washington Street, Suite 390
Wellesley Hills, MA 02481

**Southwest Associates, LLC**
396 Washington Street, PMB 319
Wellesley, MA 02481

**Southwest Management, LLC**
396 Washington Street, PMB 319
Wellesley, MA 02481

**Square Funding LLC**
2433 Knapp Street
Suite 203A
Brooklyn, NY 11235

**TD Retail Card/Jordans Furniture**
Attn: Bankruptcy
Po Box 10014
Columbia, SC 29202

**The Glen B. Umphrey Residuary Trust**
Jane Umphrey
28 Old Brook Rd
Shrewsbury, MA 01545

**Thomas Rafferty**
9 Whitman Road
Worcester, MA 01609

**Thoro**
Attn: Berkovitch & Bouskila PLLC
1545 US 202 Suite 101
Pomona, NY 10970

**Tony Tyan**
10 Ashwood Circle
Shrewsbury, MA 01545

**TVT Fund LLC**
Attn: David Fogel
1225 Franklin Ave
Suite 201
Garden City, NY 11530

**WBC Holding Company LLC**
65 Allerton Street
Boston, MA 02110

**WBC Investments LLC**
65 Allerton Street
Boston, MA 02110

**Webster Five Cents Savings Bank**
Mark W. Powers
Prince Lobel Tye LLP
One Mercantile Street, Suite 220
Worcester, MA 01608

**Websterfive**
35 Millbury Street
Auburn, MA 01501

**Wellesley Front, LLC**
396 Washington Street, PMB 319
Wellesley, MA 02481

**William and Karen Jalkut**
75 Nick Trail
Mashpee, MA 02649

**William D. Kelleher Jr**
11 Summerland Way
Worcester, MA 01609

**William Morrissey/ Cornerstone Bank**
Mirick
1800 West Park Dr
Westborough, MA 01581

**Woodbury and Company, Inc**
c/o David Woodbury
67 Millbrook Street
Suite 409
Worcester, MA 01606

**Woodbury Millbrook LLC**
c/o David Woodbury

62 Millbrook Street
Worcester, MA 01606

**Woodbury/Franklin LLC**
396 Washingston Street, PMB 319
Wellesley Hills, MA 02481

**Worcester Business Center, LLC**
c/o Eastport Real Estate Services
107 Audubon Road
Wakefield, MA 01880

**Worcester/Franklin LLC**
396 Washington Street, PMB 319
Wellesley, MA 02481

**X-Caliber**
3 W Main Street
Irvington, NY 10533



## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

In re:

CHARLES NORTON,

      Debtor

Chapter 7
Case No. 25-11271-JEB

### Proceeding Memorandum and Order

**MATTER:**
#259 Motion filed by Trustee Gary W. Cruickshank for Sale of Property Under Section 363 (b) Re: Various Membership Interests Owned by the Debtor

**Decision set forth more fully as follows:**
Hearing held on June 30, 2026. At the hearing, the Court found that Lundgren Equity Partners, LLC, qualified as a good faith purchaser within the meaning of Section 363(m) of the Code.

For the reasons set forth on the record, the hearing is continued to **July 7, 2026, at 11:15 a.m.** The hearing will be held in person at John W. McCormack Post Office and Court House, 5 Post Office Square, 12th Floor, Courtroom #3, Boston, MA.

The Trustee shall by **July 2, 2026, at 4:00 p.m.**, file a supplement to the Motion addressing the issues raised at the hearing.

The Trustee shall by **July 6, 2026**, (i) serve a copy of this Order on all parties who are entitled to notice and (ii) file a certificate of service. If the Trustee fails to serve this Order or file a certificate of service, the Court will take such action as is appropriate.

The hearing is scheduled as a Hybrid Hearing. Parties and counsel may participate in person in the Courtroom or by video conference using Zoomgov.com technology. Parties who wish to appear by video must request the link from the Courtroom Deputy Lisa Belanger, at lisa_belanger@mab.uscourts.gov no **later than 10:00 a.m. the business day before the hearing**. **Requests submitted after the deadline may not be accommodated and the Party should plan to attend in person in the Courtroom**. Appearance by video is limited to counsel and parties in interest. Public access will be in person only. A Hybrid Hearing is an official court proceeding and remote attendees are required to act and dress in the same manner as in person hearings.

2

Parties attending remotely must be in a quiet setting and must not be walking, driving, or performing other activities while participating in the hearing. Failure to comply may result in termination of access, sanctions, or other action by the Court.

Dated: July 2, 2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge

2